UNITED STATES of America, Plaintiff–Appellee,

v.

Robert Edward SILLS, a/k/a Bobby, Defendant–Appellant.

No. 11–6048.

United States Court of Appeals, Fourth Circuit.

Submitted: March 15, 2011.

Decided: March 21, 2011.

Robert Edward Sills, Appellant Pro Se. Laura Marie Everhart, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before MOTZ and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Edward Sills appeals the district court's order denying his 18 U.S.C. § 3582 (2006) motion in which he sought a reduction to his sentence. We have reviewed

the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Sills*, No. 2:03–cr–00148–JBF–5 (E.D.Va. Nov. 10, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*